No. 80–5418. Forrest v. United States. C. A. 5th Cir. Certiorari denied.

No. 80–5438. Wargo v. United States. C. A. 9th Cir. Certiorari denied.